HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JONATHAN SALAZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>JONATHAN SALAZAR,<br><br>*Defendant.* | Case No. 1:18-cr-00085 LJO-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>DATE: November 19, 2018<br>TIME: 8:30 a.m.<br>JUDGE: Honorable Lawrence J. O'Neill |
|---|---|

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for November 5, 2018, before Judge O'Neill may be continued to November 19, 2018 at 10:00 a.m.

Defendant is requesting additional time for preparation.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

DATED: October 19, 2018                             */s/ Laura Withers*
                                                                        LAURA WITHERS
                                                                        Assistant United States Attorney
                                                                        Attorney for Plaintiff

///

///

|   |   |
|---|---|
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 19, 2018 | */s/ Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>JONATHAN SALAZAR |

## **O R D E R**

Good cause has not been stated. Denied.

IT IS SO ORDERED.

Dated: **October 19, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE