| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |

Attorneys for Defendant
JONATHAN SALAZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00085 LJO-SKO |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| JONATHAN SALAZAR, | DATE: November 26, 2018 |
| Defendant. | TIME: 8:30 a.m. |
| | JUDGE: Honorable Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for November 5, 2018, before Judge O'Neill may be continued to November 26, 2018 at 10:00 a.m.

Defendant is requesting additional time for preparation as set forth in the accompanying Declaration of Victor M. Chavez.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

DATED: October 22, 2018                    */s/ Laura Withers*
                                           LAURA WITHERS
                                           Assistant United States Attorney
                                           Attorney for Plaintiff


                                           HEATHER E. WILLIAMS
                                           Federal Defender

DATED: October 22, 2018                    */s/ Victor M. Chavez*
                                           VICTOR M. CHAVEZ
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           JONATHAN SALAZAR


**O R D E R**

IT IS SO ORDERED.

   Dated:  **October 23, 2018**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES CHIEF DISTRICT JUDGE